IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| NOE GONZALES | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CAUSE NO. 2:19-CV-61 |
| | § | |
| HARLEY-DAVIDSON INSURANCE, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**DEFENDANT SENTRY SELECT INSURANCE COMPANY IMPROPERLY NAMED AS HARLEY-DAVIDSON INSURANCE'S NOTICE OF REMOVAL**

COMES NOW Defendant, SENTRY SELECT INSURANCE COMPANY IMPROPERLY NAMED AS HARLEY-DAVIDSON INSURANCE (hereinafter "Sentry"), and files this Notice of Removal under Fed. R. Civ. P. 81(c) and pursuant to 28 U.S.C. 1446(b)(3) of Cause No. 19-08-14439-ZCV; *Noe Gonzales v. Harley-Davidson Insurance;* In the 365th Judicial District Court of Zavala County, Texas to the United States District Court for the Western District of Texas, Del Rio Division and would show this Court as follows:

### A. Procedural Background

1. Plaintiff filed this case as Cause No. 19-08-14439-ZCV; *Noe Gonzales v. Harley-Davidson Insurance;* In the 365th Judicial District Court of Zavala County, Texas on August 13, 2019. (See Exhibit "A").

2. As of the date hereof, Sentry has not been served with Citation and the Original Petition but was provided a courtesy copy of the file-stamped Original Petition on August 29,

2019. (See Exhibit "B"). Sentry files this Notice of Removal within the 30-day time period required by 28 U.S.C. §1446(b).

3. A copy of the pleadings filed in the District Court, excluding the Original Petition and discovery, are attached hereto as Exhibit "C".

4. Venue is proper in the Western District of Texas, Del Rio Division as this division and district embrace the venue of the state court action.

5. Sentry will promptly file a copy of this Notice of Removal with the clerk of the court in which this action has been pending.

### B. Nature of the Suit

6. This is a suit based upon a policy of insurance. Plaintiff claims that he sustained personal injuries as a result of a vehicle accident and Sentry failed to comply with the Uninsured/Underinsured Motorist coverage provisions in the policy issued by Sentry to Plaintiff.

### C. Basis for Removal

7. Removal is proper because there is complete diversity between the parties. *See* 28 U.S.C. §1332(a). Plaintiff is an individual residing in the State of Texas while Sentry is a corporation duly organized and existing under the laws of the Wisconsin with its principle place of business in Stevens Point, Wisconsin. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs as Plaintiff alleges in paragraph VIII of his Original Petition that he seeks monetary relief in excess of $200,000.00 but not more than $1,000,000.

### D. Jury Demand

8. Plaintiff has demanded a jury trial in the State Court action.

E. **Conclusion and Prayer**

WHEREFORE PREMISES CONSIDERED, Defendant SENTRY SELECT INSURANCE COMPANY IMPROPERLY NAMED AS HARLEY-DAVIDSON INSURNACE gives notice that Cause No. 19-08-14439-ZCV; *Noe Gonzales v. Harley-Davidson Insurance;* In the 365th Judicial District Court of Zavala County, Texas is hereby removed from said State Court to the United States District Court for the Western District of Texas, Del Rio Division, and Defendant prays for such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: /s/ *Fred L. Shuchart*
  FRED L. SHUCHART
  SBN 18316250
815 Walker St., Suite 1040
Houston Texas 77002
(713) 236-6800 - Telephone
(713) 236-6880 – Facsimile
Email: fred@cooperscully.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all known counsel of record as indicated below by certified mail, return receipt requested, facsimile and/or hand delivery on this 25th day of September, 2019.

| | |
|---|---|
| Alfredo Padilla | [ ] via certified mail/return receipt requested |
| Law Offices of Alfredo Z. Padilla | [ ] via regular mail |
| 104 North 5th Street | [ ] via facsimile – (830) 876-9531 |
| PO Drawer 355 | [ ] via hand delivery |
| Carrizo Springs, Texas 78834 | [X] via ECF |

                                                    /s/ *Fred L. Shuchart*
                                                  FRED SHUCHART